# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MILTON TROTTER**                                                                 **PETITIONER**

**V.**                                                      **CAUSE NO. 3:17-CV-719-CWR-LRA**

**PELECIA E. HALL; JIM HOOD**                                          **RESPONDENTS**

## ORDER

In light of petitioner Milton Trotter's medical release from custody and subsequent passing, *see* Docket Nos. 9-11, it is appropriate to dismiss this case for mootness. A separate Final Judgment shall issue. No certificate of appealability will be granted.

**SO ORDERED**, this the 27th day of August, 2018.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE